IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRMA C. VILLAREAL,

Plaintiff,

vs.  No. CIV 11-438 JP/WDS

SOCIAL SECURITY ADMINISTRATION,

Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On January 19, 2012 the Court entered a briefing schedule directing Plaintiff to file a Motion to Reverse or Remand Administrative Decision with Supporting Memorandum on or before March 19, 2012. To date, the motion has not been filed. Plaintiff is ordered to show cause within twenty days of the date of this order why her complaint should not be dismissed for failure to prosecute and failure to comply with a court order. Failure to respond to this order to show cause may result in dismissal of the complaint without further notice to Plaintiff.

**IT IS SO ORDERED.**

_____
**W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE**